UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62135-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

V, V AND V INC., a Florida Profit
Corporation d/b/a 731 TIRES SHOP and
A & A HOLDINGS LLC, a Florida Limited
Liability Company,

    Defendant(s).
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [DE 16] and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All Parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending Motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of January 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

2